# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**
                        **September Term, 2024**

**1:25-cv-00412-RC**

**Filed On: March 6, 2025**

Cathy A. Harris, in her personal capacity and
in her official capacity as Member of the Merit
Systems Protection Board,

        Appellee

       v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

        Appellants

------------------------------

Consolidated with 25-5055

**BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, it is

**ORDERED** that appellee file a response to the motion by 11:59 p.m. on Monday, March 10, 2025.  Any reply is due by 5:00 p.m. on Wednesday, March 12, 2025.

### Per Curiam

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

        BY:    /s/
                    Elbert Lestrade
                    Deputy Clerk